UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 25-CR-0521-WQH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ANTHONY PACHECO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Joint Motion to Continue is granted (ECF No. 24), and the Motion and Trial Setting Hearing of April 7, 2025, is continued to May 19, 2025, at 9:00 a.m.

IT IS FURTHER ORDERED that the time between April 7, 2025, and May 19, 2025, is excluded under the Speedy Trial Act pursuant to the ends of justice, 18 U.S.C. § 3161(h)(7)(A), for the reasons stated in the Joint Motion to Continue.

Dated: April 3, 2025

Hon. William Q. Hayes
United States District Court